IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FREDRICK MICHAEL WESTFALL,<br><br>        Defendant. | 4:15CR3049<br><br>**ORDER** |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 59) is granted.

2. Defendant Fredrick Michael Westfall's violation of supervised release hearing is continued to March 9, 2018, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 14th day of November, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge