IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3049 |
| vs. | ORDER |
| FREDERICK WESTFALL, | |
| Defendant. | |

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Petition for Revocation (filing 66) is granted.

2. The petition for offender under supervision (filing 44) is dismissed.

3. The September 21, 2018 hearing is cancelled.

Dated this 19th day of September, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge