IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:15CR3049 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| FREDRICK MICHAEL WESTFALL, | |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 95) is granted.

2. Defendant Fredrick Michael Westfall's violation of supervised release hearing is continued to October 18, 2019, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 15th day of July, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge